```
 1  LINDA M. LAWSON (Bar No. 77130)
    LLawson@mmhllp.com
 2  KHRYS WU (Bar No. 219041)
    KWu@mmhllp.com
 3  MESERVE, MUMPER & HUGHES LLP
    300 South Grand Avenue, 24th Floor
 4  Los Angeles, California 90071-3185
    Telephone: (213) 620-0300
 5  Facsimile: (213) 625-1930

 6  Attorneys for Defendant
    COLORADO BANKERS LIFE INSURANCE
 7  COMPANY
```

ORIGINAL FILED
08 MAY 21 AM 9:06
E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMC

| | |
|---|---|
| LESLIE HUMPHREY, | Case No. 2559 |
| Plaintiff, | DECLARATION RE REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT |
| vs. | |
| COLORADO BANKERS LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive, | Complaint Filed: March 14, 2008 |
| Defendant. | |

I, Anita De Leon, declare as follows:

1. Declarant is a citizen of the United States, is over the age of 18 years, and is not a party to this action.

2. Declarant is a resident of the County of Los Angeles, State of California.

3. Declarant is an employee of the law firm of Meserve, Mumper & Hughes LLP, located at 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185, attorneys of record for defendant COLORADO BANKERS LIFE INSURANCE COMPANY in the above-referenced action.

4. On May 21, 2008, declarant, for Meserve, Mumper & Hughes LLP, caused to be filed with the Clerk of the Superior Court of the State of California for

LINDA M. LAWSON (Bar No. 77130)
LLawson@mmhllp.com
KHRYS WU (Bar No. 219041)
KWu@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
COLORADO BANKERS LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HUMPHREY,<br><br>    Plaintiff,<br><br>vs.<br><br>COLORADO BANKERS LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No.<br><br>DECLARATION RE REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT<br><br>Complaint Filed: March 14, 2008 |

I, Anita De Leon, declare as follows:

1. Declarant is a citizen of the United States, is over the age of 18 years, and is not a party to this action.

2. Declarant is a resident of the County of Los Angeles, State of California.

3. Declarant is an employee of the law firm of Meserve, Mumper & Hughes LLP, located at 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185, attorneys of record for defendant COLORADO BANKERS LIFE INSURANCE COMPANY in the above-referenced action.

4. On May 21, 2008, declarant, for Meserve, Mumper & Hughes LLP, caused to be filed with the Clerk of the Superior Court of the State of California for

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

93408.1                    1

DECLARATION RE REMOVAL OF
ACTION TO UNITED STATES DISTRICT
COURT

1  the County of San Francisco, the court in which this action was pending, a true and
2  correct copy of the Notice of Removal of Action to the United States District Court,
3  which has been filed in the above-entitled United States District Court.
4      I declare under penalty of perjury under the laws of the State of California
5  that the foregoing is true and correct.
6      Executed this 21st day of May, 2008, at Los Angeles, California.

*[signature]*
ANITA DE LEON

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

93408.1

2

DECLARATION RE REMOVAL OF
ACTION TO UNITED STATES DISTRICT
COURT

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA       )
                          ) ss.:
COUNTY OF LOS ANGELES     )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185.

      On May 21, 2008, I served on interested parties in said action the within:

DECLARATION RE REMOVAL OF ACTION TO UNITED
STATES DISTRICT COURT

by placing a true copy thereof in sealed envelope(s) addressed, as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

E. Gerard Mannion, Esq.
Wesley M. Lowe, Esq.
Mannion & Lowe
655 Montgomery Street, Suite 1200
San Francisco, CA 94111

      I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

      Executed on May 21, 2008, at Los Angeles, California.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

ANITA DE LEON
(Type or print name)

(Signature)

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP