```
 1  LINDA M. LAWSON (Bar No. 77130)
    LLawson@mmhllp.com
 2  KHRYS WU (Bar No. 219041)
    KWu@mmhllp.com
 3  MESERVE, MUMPER & HUGHES LLP
    800 South Grand Avenue, 24th Floor
 4  Los Angeles, California 90071-3185
    Telephone: (213) 620-0300
 5  Facsimile: (213) 625-1930

 6  Attorneys for Defendant
    COLORADO BANKERS LIFE INSURANCE
 7  COMPANY
```

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HUMPHREY, | Case No. |
| Plaintiff, | COLORADO BANKERS LIFE INSURANCE COMPANY'S DISCLOSURE STATEMENT |
| vs. | |
| COLORADO BANKERS LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive, | [F.R.C.P. 7.1(a)] |
| Defendant. | |

TO THE DISTRICT COURT OF THE UNITED STATES, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), the undersigned, counsel of record for COLORADO BANKERS LIFE INSURANCE COMPANY, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| 1. Colorado Bankers Life Insurance Company | Defendant |

LINDA M. LAWSON (Bar No. 77130)
LLawson@mmhllp.com
KHRYS WU (Bar No. 219041)
KWu@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
COLORADO BANKERS LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HUMPHREY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COLORADO BANKERS LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No.<br><br>COLORADO BANKERS LIFE INSURANCE COMPANY'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1(a)] |

TO THE DISTRICT COURT OF THE UNITED STATES, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), the undersigned, counsel of record for COLORADO BANKERS LIFE INSURANCE COMPANY, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| 1. Colorado Bankers Life Insurance Company | Defendant |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

93410.1

1

COLORADO BANKERS LIFE
INSURANCE COMPANY'S DISCLOSURE
STATEMENT

| PARTY | CONNECTION |
|---|---|
| 2. Leslie Humphrey | Plaintiff |
| 3. Preferred Financial Corporation | F.R.C.P 7.1(a) and L.R. 3-16 disclosure. Colorado Bankers Life Insurance Company is wholly owned by Preferred Financial Corporation. |
| 4. Health Care Service Corporation | F.R.C.P 7.1(a) and L.R. 3-16 disclosure. Preferred Financial Corporation is wholly owned by Health Care Service Corporation. |

Dated: May 21, 2008

MESERVE, MUMPER & HUGHES LLP
LINDA M. LAWSON
KHRYS WU

By: _____
Khrys Wu
Attorneys for Defendant
COLORADO BANKERS LIFE
INSURANCE COMPANY

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

93410.1

2

COLORADO BANKERS LIFE
INSURANCE COMPANY'S DISCLOSURE
STATEMENT

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF LOS ANGELES      )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185.

      On May 21, 2008, I served on interested parties in said action the within:

COLORADO BANKERS LIFE INSURANCE COMPANY'S
DISCLOSURE STATEMENT

      by placing a true copy thereof in sealed envelope(s) addressed, as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

E. Gerard Mannion, Esq.
Wesley M. Lowe, Esq.
Mannion & Lowe
655 Montgomery Street, Suite 1200
San Francisco, CA 94111

      I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

      Executed on May 21, 2008, at Los Angeles, California.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      ANITA DE LEON                              */s/ Anita De Leon*
      (Type or print name)                       (Signature)