LINDA M. LAWSON (Bar No. 77130)
LLawson@mmhllp.com
KHRYS WU (Bar No. 219041)
KWu@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
COLORADO BANKERS LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HUMPHREY, <br><br> Plaintiff, <br><br> vs. <br><br> COLORADO BANKERS LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive, <br><br> Defendant. | Case No. <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS <br><br> [CIVIL L.R. 3-16] |

TO THE DISTRICT COURT OF THE UNITED STATES, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

93413.1

1

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

LINDA M. LAWSON (Bar No. 77130)
LLawson@mmhllp.com
KHRYS WU (Bar No. 219041)
KWu@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
COLORADO BANKERS LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HUMPHREY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COLORADO BANKERS LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No.<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[CIVIL L.R. 3-16] |

TO THE DISTRICT COURT OF THE UNITED STATES, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

93413.1

1

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

| PARTY | CONNECTION |
|---|---|
| 1. Colorado Bankers Life Insurance Company | Defendant |
| 2. Leslie Humphrey | Plaintiff |
| 3. Preferred Financial Corporation | F.R.C.P 7.1(a) and L.R. 3-16 disclosure. Colorado Bankers Life Insurance Company is wholly owned by Preferred Financial Corporation. |
| 4. Health Care Service Corporation | F.R.C.P 7.1(a) and L.R. 3-16 disclosure. Preferred Financial Corporation is wholly owned by Health Care Service Corporation. |

Dated: May 21, 2008

MESERVE, MUMPER & HUGHES LLP
LINDA M. LAWSON
KHRYS WU

By: _____
Khrys Wu
Attorneys for Defendant
COLORADO BANKERS LIFE
INSURANCE COMPANY

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

93413.1

2

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY OF LOS ANGELES   )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185.

      On May 21, 2008, I served on interested parties in said action the within:

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

      by placing a true copy thereof in sealed envelope(s) addressed, as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

E. Gerard Mannion, Esq.
Wesley M. Lowe, Esq.
Mannion & Lowe
655 Montgomery Street, Suite 1200
San Francisco, CA 94111

      I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

      Executed on May 21, 2008, at Los Angeles, California.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| ANITA DE LEON | *[signature]* |
|---|---|
| (Type or print name) | (Signature) |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0