| | |
|---|---|
| 1 | E. Gerard Mannion (State Bar #77287) |
|  | Wesley M. Lowe (State Bar # 111761) |
| 2 | MANNION & LOWE |
|  | 655 Montgomery Street, Suite 1200 |
| 3 | San Francisco, California 94111 |
|  | Telephone: (415) 733-1050 |
| 4 | Fax: (415) 434-4810 |
| 5 | Attorneys for Plaintiff |
|  | LESLIE HUMPHREY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESLIE HUMPHREY,

　　　　Plaintiff,

vs.

COLORADO BANKERS LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,

　　　　Defendants.

Case No. C-08-02559 EMC

**DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands trial by jury.

Dated: May 22, 2008

　　　　　　　　　　　　MANNION & LOWE
　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　E. Gerard Mannion
　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　LESLIE HUMPHREY

1

Demand for Trial by Jury

## PROOF OF SERVICE

I, Richard G. Hubbard, declare:

That I am a citizen of the United States; I am employed by or for the law firm of MANNION & LOWE, A Professional Corporation, in San Francisco, California; I am over the age of 18 years and not a party to the within entitled action; my business address is 655 Montgomery Street, Suite 1200, San Francisco, California 94111; that on May 22, 2008 I served a true copy or the original of the attached:

**DEMAND FOR TRIAL BY JURY**

on all of the parties in this action by placing a true copy thereof in a sealed envelope, and each envelope addressed as follows:

| | |
|---|---|
| Linda M. Lawson<br>Khrys Wu<br>MESERVE, MUMPER & HUGHES LLP<br>300 South Grand Avenue, 24th Floor<br>Los Angeles, CA 90071-3815<br>Phone: (213) 620-0300<br>Fax:   (213) 625-1930 | Attorneys for Defendant,<br>Colorado Bankers Life Insurance Company |

[X]   (BY U.S. MAIL) by depositing the sealed envelope with the United States Postal Service with the postage fully prepaid. I am readily familiar with the Mannion & Lowe's practice of collection and processing correspondence for mailing.

[ ]   (BY OVERNIGHT DELIVERY) by placing the envelope for collection following our ordinary business practices for collection and processing correspondence for mailing by Federal Express or overnight mail

[ ]   (BY FACSIMILE) the above-reference document(s) was transmitted by facsimile transmission to the number(s) shown and the transmission was reported as complete and without error.

[ ]   (BY PERSONAL SERVICE) I caused such an envelope to be delivered by hand to the offices of the addressee designated above.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 22, 2008, at San Francisco, California.

Richard G. Hubbard