1  E. Gerard Mannion (State Bar #77287)
   Wesley M. Lowe (State Bar # 111761)
2  MANNION & LOWE
   655 Montgomery Street, Suite 1200
3  San Francisco, California 94111
   Telephone: (415) 733-1050
4  Fax: (415) 434-4810

5  Attorneys for Plaintiff
   LESLIE HUMPHREY

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  LESLIE HUMPHREY,                    )   Case No. C-08-02559 EMC
                                        )
12              Plaintiff,              )
                                        )   **DEMAND FOR TRIAL BY JURY**
13  vs.                                 )
                                        )
14  COLORADO BANKERS LIFE               )
    INSURANCE COMPANY, and DOES 1       )
15  through 50, inclusive,              )
                                        )
16              Defendants.             )
                                        )
17  _____

18

19  Plaintiff hereby demands trial by jury.

20

21  Dated: May 22, 2008              MANNION & LOWE
                                     A Professional Corporation
22

23                                   By: _____
                                         E. Gerard Mannion
24                                       Attorney for Plaintiff
                                         LESLIE HUMPHREY
25

26

27

28

                                1

**PROOF OF SERVICE**

I, Richard G. Hubbard, declare:

That I am a citizen of the United States; I am employed by or for the law firm of MANNION & LOWE, A Professional Corporation, in San Francisco, California; I am over the age of 18 years and not a party to the within entitled action; my business address is 655 Montgomery Street, Suite 1200, San Francisco, California 94111; that on May 22, 2008 I served a true copy or the original of the attached:

**DEMAND FOR TRIAL BY JURY**

on all of the parties in this action by placing a true copy thereof in a sealed envelope, and each envelope addressed as follows:

Linda M. Lawson                                    Attorneys for Defendant,
Khrys Wu                                           Colorado Bankers Life Insurance Company
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, CA 90071-3815
Phone: (213) 620-0300
Fax:   (213) 625-1930

[X]  (BY U.S. MAIL) by depositing the sealed envelope with the United States Postal Service with the postage fully prepaid. I am readily familiar with the Mannion & Lowe's practice of collection and processing correspondence for mailing.

[ ]  (BY OVERNIGHT DELIVERY) by placing the envelope for collection following our ordinary business practices for collection and processing correspondence for mailing by Federal Express or overnight mail

[ ]  (BY FACSIMILE) the above-reference document(s) was transmitted by facsimile transmission to the number(s) shown and the transmission was reported as complete and without error.

[ ]  (BY PERSONAL SERVICE) I caused such an envelope to be delivered by hand to the offices of the addressee designated above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2008, at San Francisco, California.

Richard G. Hubbard