E. Gerard Mannion (State Bar #77287)
Wesley M. Lowe (State Bar # 111761)
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Fax: (415) 434-4810

Attorneys for Plaintiff
LESLIE HUMPHREY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HUMPHREY, | No. C 08-02559 EMC |
| Plaintiff, | |
| vs. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| COLORADO BANKERS LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive, | |
| Defendants. | |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), plaintiff Leslie
Humphrey hereby voluntarily consents to have United States Magistrate Judge Edward M. Chen
conduct any and all further proceedings in the case, including trial, and order the entry of a final
judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals
for the Ninth Circuit.

Dated:  July 17, 2008

MANNION & LOWE
A Professional Corporation

By: _Wesley M. Lowe_
Wesley M. Lowe
Attorney for Plaintiff
LESLIE HUMPHREY

1