1  LINDA M. LAWSON (Bar No. 77130)
   LLawson@mmhllp.com
2  KHRYS WU (Bar No. 219041)
   KWu@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   COLORADO BANKERS LIFE INSURANCE
7  COMPANY

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | LESLIE HUMPHREY,                  ) Case No. C08-02559 EMC
12 |         Plaintiff,                ) STIPULATION RE INITIAL CASE
   |                                   ) MANAGEMENT CONFERENCE
13 | vs.                               )
   |                                   ) Date: August 27, 2008
14 | COLORADO BANKERS LIFE             ) Time: 1:30 p.m.
   | INSURANCE COMPANY, and DOES       ) Ctrm: C
15 | 1 through 50, inclusive,          )
   |                                   )
16 |         Defendant.                )

17

18      WHEREAS, this Court has ordered an Initial Case Management Conference
19 for this action to be held on August 27, 2008, at 1:30 p.m.;
20      WHEREAS, Linda M. Lawson, of Meserve, Mumper & Hughes LLP, lead
21 trial counsel for defendant COLORADO BANKERS LIFE INSURANCE
22 COMPANY ("CBL"), will be out of town and unavailable on the day of the Initial
23 Case Management Conference;
24      WHEREAS, Khrys Wu, the second trial counsel for CBL, is fully
25 knowledgeable as to both the underlying facts and issues of law involved in this
26 case, the status of this litigation, and all other matters that may be discussed at the
27 Initial Case Management Conference;
28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95472.1                           1                STIPULATION RE INITIAL CASE
                                                   MANAGEMENT CONFERENCE

|   |   |
|---|---|
| 1 | WHEREAS, counsel for plaintiff LESLIE HUMPHREY ("Plaintiff"), Wesley |
| 2 | M. Lowe, does not oppose Ms. Wu appearing in lieu of Ms. Lawson, on behalf of |
| 3 | CBL at the Initial Case Management Conference; |
| 4 | IT IS HEREBY STIPULATED by and between the parties, by and through |
| 5 | their respective attorneys of record that, if it please the Court, Ms. Wu will appear in |
| 6 | lieu of Ms. Lawson at the Initial Case Management Conference set for August 27, |
| 7 | 2008 at 1:30 p.m. In the alternative, if the Court requires an appearance by Ms. |
| 8 | Lawson, the parties request that the Initial Case Management Conference be |
| 9 | continued to September 24, 2008. |
| 10 | IT IS SO STIPULATED. |

Dated: August 5, 2008

MESERVE, MUMPER & HUGHES LLP
LINDA M. LAWSON
KHRYS WU

By: /s/ Khrys Wu
Khrys Wu
Attorneys for Defendant
COLORADO BANKERS LIFE
INSURANCE COMPANY

Dated: August 5, 2008

MANNION & LOWE
E. GERARD MANNION
WESLEY M. LOWE

By: /s/ Wesley M. Lowe
Wesley M. Lowe
Attorneys for Plaintiff
LESLIE HUMPHREY

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95472.1

2

STIPULATION RE INITIAL CASE
MANAGEMENT CONFERENCE

1  LINDA M. LAWSON (Bar No. 77130)
   LLawson@mmhllp.com
2  KHRYS WU (Bar No. 219041)
   KWu@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   COLORADO BANKERS LIFE INSURANCE
7  COMPANY

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LESLIE HUMPHREY,                )   Case No. C08-02559 EMC
                                   )
12         Plaintiff,               )   [PROPOSED] ORDER RE INITIAL
                                   )   CASE MANAGEMENT
13     vs.                          )   CONFERENCE
                                   )
14 COLORADO BANKERS LIFE           )   Date: August 27, 2008
   INSURANCE COMPANY, and DOES     )   Time: 1:30 p.m.
15 1 through 50, inclusive,         )   Ctrm: C
                                   )
16         Defendant.               )
                                   )
17

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95475.1                          1

ORDER RE INITIAL CASE
MANAGEMENT CONFERENCE

1  Based upon the stipulation of the parties and for good cause shown, **IT IS**
2  **HEREBY ORDERED THAT:**
3  Khrys Wu may appear in lieu of Linda M. Lawson at the Initial Case
4  Management Conference set for August 27, 2008 at 1:30 p.m., on behalf of
5  COLORADO BANKERS LIFE INSURANCE COMPANY.
6  Or
7  The Initial Case Management Conference currently scheduled for August 27,
8  2008 at 1:30 p.m. is continued to September 24, 2008 at 1:30 p.m.
9
10 DATE: _____      _____
11                              HON. EDWARD M. CHEN
                                UNITED STATES MAGISTRATE JUDGE
12 PRESENTED BY:
13
   MESERVE, MUMPER & HUGHES LLP
14 LINDA M. LAWSON
   KHRYS WU
15
16
   By:   /s/
17         Khrys Wu
           Attorneys for Defendant
18         COLORADO BANKERS LIFE INSURANCE COMPANY
19
20
21
22
23
24
25
26
27
28