

LYNCH, GILARDI & GRUMMER
A Professional Corporation

ATTORNEYS AT LAW

SINCE 1978

GDH Enterprises dba Five Star Plumbing
Gilbert Hagar
390 Carrol Court
Brentwood, CA 94513

Statement Date: March 21, 2008
Statement No. 44375
0933-0001

Re: Riverport Insurance v. Five Star Plumbing

Date of Loss: 3/6/2006

|  |  |
|---|---:|
| Current Fees Through: 2/29/2008 | 231.00 |
| Current Expenses Through: 2/29/2008 | 62.50 |
| Total Current Billing Through: 2/29/2008 | 293.50 |
| Previous Balance Due: | 4,677.40 |
| Current Payments: | 0.00 |
| **Total Now Due:** | **4,970.90** |

Federal Tax ID: 94-2787581

---

475 sansome street, suite 1800  san francisco, california 94111
telephone (415) 397-2800  facsimile (415) 397-0937

email  lgg@lgglaw.com
website  www.lgglaw.com

Richard S. Gilardi (Retired)



| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 2/1/2008 | RXC | Attend case management conference by telephone | 0.60 | 231.00 |
| | | Sub-total Fees: | | 231.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| Randy J. Campbell - Partner | | 0.60 hours at $385.00/hr | 231.00 |
| | Total hours: | 0.60 | |

**Expenses**

| | | |
|---|---|---|
| 1/29/2008 | Filing Fee | 55.00 |
| 2/29/2008 | Number of copies: 30 | 7.50 |
| | Sub-total Expenses: | 62.50 |

| | |
|---|---|
| Current Fees Through: 2/29/2008 | 231.00 |
| Current Expenses Through: 2/29/2008 | 62.50 |
| Total Current Billing: | 293.50 |
| Previous Balance Due: | 4,677.40 |
| Payments: | 0.00 |
| **Total Now Due:** | 4,970.90 |

Federal Tax ID: 94-2787581

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Leslie Humphrey

          Plaintiff(s),

v.

Colorado Bankers Life Insurance Co.

          Defendant(s).

Case No. C 08-2559 EMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/06/08

                                          Leslie Humphrey
                                          [Party]

Dated: 8/06/08

                                          Wesley M. Lowe
                                          [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05