LINDA M. LAWSON (Bar No. 77130)
LLawson@mmhllp.com
KHRYS WU (Bar No. 219041)
KWu@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
COLORADO BANKERS LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HUMPHREY, | Case No. C08-02559 EMC |
| Plaintiff, | [~~PROPOSED~~] ORDER RE INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| COLORADO BANKERS LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive, | Date: August 27, 2008<br>Time: 1:30 p.m.<br>Ctrm: C |
| Defendant. | |

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95475.1

1

ORDER RE INITIAL CASE
MANAGEMENT CONFERENCE

Based upon the stipulation of the parties and for good cause shown, **IT IS HEREBY ORDERED THAT:**

Khrys Wu may appear in lieu of Linda M. Lawson at the Initial Case Management Conference set for August 27, 2008 at 1:30 p.m., on behalf of COLORADO BANKERS LIFE INSURANCE COMPANY.

~~Or~~

~~The Initial Case Management Conference currently scheduled for August 27, 2008 at 1:30 p.m. is continued to September 24, 2008 at 1:30 p.m.~~

DATE: August 13, 2008

HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

PRESENTED BY:

MESERVE, MUMPER & HUGHES LLP
LINDA M. LAWSON
KHRYS WU

By:  /s/
    Khrys Wu
    Attorneys for Defendant
    COLORADO BANKERS LIFE INSURANCE COMPANY

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

95475.1

ORDER RE INITIAL CASE MANAGEMENT CONFERENCE

2