**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

Date: August 27, 2008

Case No: **C-08-2559 EMC**

Case Name: **LESLIE HUMPHREY v. COLORADO BANKERS LIFE INSURANCE**

    Attorneys:    Wesley Lowe, Plaintiff; Khrys Wu, Defendant

    Deputy Clerk: **Frank Justiliano**        FTR Time:    1:34 to 1:45 p.m.

**PROCEEDINGS:**   CMC - Held.

**ORDERED AFTER HEARING:** Parties stipulated to private ADR - meeting with mediators set for 12/10/08.  Parties to file joint status report after mediation.   Five day jury trial set for 8/24/09.  Court to issue all deadlines in the case management conference order.   Depositions capped at two depositions for each side.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [X]  Court

**Case continued to:** 12/17/08 @ 2:30 p.m.  for FCMC / Status.   Defense counsel Khrys Wu allowed to appear telephonically.

cc: EMC