1  LINDA M. LAWSON (Bar No. 77130)
   LLawson@mmhllp.com
2  KHRYS WU (Bar No. 219041)
   KWu@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   COLORADO BANKERS LIFE INSURANCE
7  COMPANY

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 LESLIE HUMPHREY,                    )  Case No. C08-02559 EMC
                                       )
12          Plaintiff,                 )  STIPULATION TO DISMISS ENTIRE
                                       )  ACTION WITH PREJUDICE
13     vs.                             )
                                       )  [F.R.C.P. 41]
14 COLORADO BANKERS LIFE               )
   INSURANCE COMPANY, and DOES         )
15 1 through 50, inclusive,            )
                                       )
16          Defendant.                 )
                                       )
17 _____)

18     COME NOW plaintiff LESLIE HUMPHREY by and through his counsel of

19 record, Mannion & Lowe, and defendant COLORADO BANKERS LIFE

20 INSURANCE COMPANY, by and through its counsel of record, Meserve, Mumper

21 & Hughes LLP, and hereby agree and stipulate to dismiss this action in its entirety,

22 with prejudice as to all parties, pursuant to Federal Rules of Civil Procedure, Rule

23 41(a), and each party shall bear its own attorney fees and costs in this matter.

24 ////

25 ////

26 ////

27 ////

28 ////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

98193.1

1

STIPULATION TO DISMISS ENTIRE
ACTION WITH PREJUDICE

1    The parties seek the Court's approval of dismissal of this action with

2  prejudice.

3    IT IS SO STIPULATED.

4

5  Dated: December 10, 2008          MESERVE, MUMPER & HUGHES LLP
                                     LINDA M. LAWSON
6                                    KHRYS WU

7                                    By: _____

8                                        Linda M. Lawson
                                         Attorneys for Defendant
9                                        COLORADO BANKERS LIFE
                                         INSURANCE COMPANY
10

11

12 Dated: December 10, 2008          MANNION & LOWE
                                     E. GERARD MANNION
13                                   WESLEY M. LOWE

14                                   By: _____

15                                       Wesley M. Lowe
                                         Attorneys for Plaintiff
16                                       LESLIE HUMPHREY

17   IT IS SO ORDERED

18                                   IT IS SO ORDERED

19

20   Edward M.                       Judge Edward M. Chen
     U.S. Magistrate
21   Judge

22

23

24

25

26

27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

98193.1                                    2                    STIPULATION TO DISMISS ENTIRE
                                                                   ACTION WITH PREJUDICE